UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GRETCHEN NOBLES, | CIVIL ACTION |
|              Plaintiff | |
| versus | NO. 07-3904 |
| ASSET ACCEPTANCE LLC and | SECTION T |
| ABC INSURANCE COMPANY, | JUDGE PORTEOUS |
|              Defendants | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

IT IS ORDERED that this action is dismissed, reserving to the parties the right to move to reopen this case and proceed if the settlement is not consummated within 60 days.

New Orleans, Louisiana, this __16th__ day of __November__, 2007.

_____
UNITED STATES DISTRICT JUDGE